# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Gillispie Ethridge      DOC#355293
David Wade Corr. Center -  H5A
670 Bell Hill Rd
Homer LA 71040

## REHEARING ACTION: May 23, 2012

**Docket Number: 11   01249-KH**

**STATE OF LOUISIANA
VERSUS
GILLISPIE ETHRIDGE**

**Writ Application from Calcasieu Parish Case No. 10251-95**

**BEFORE JUDGES:**

   **Hon. Oswald A. Decuir
   Hon. Billy Howard Ezell
   Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gillispie Ethridge** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent